| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____ Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Winchester Real Estate Investment Company, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
47-2615327

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 55 Goldworth Rd<br>Villa Rica, GA 30180 | PO Box 1745<br>Villa Rica, GA 30180 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Carroll | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Winchester Real Estate Investment Company, LLC**                             Case number (*if known*)
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | \_\_\_\_ | When | \_\_\_\_ | Case number | \_\_\_\_ |
|---|---|---|---|---|---|---|
| | District | \_\_\_\_ | When | \_\_\_\_ | Case number | \_\_\_\_ |

Debtor **Winchester Real Estate Investment Company, LLC**　　　　Case number (*if known*)
　　　　Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No<br>■ Yes. |
|---|---|---|

List all cases. If more than 1, attach a separate list

　　Debtor **HDRMP, LLC**　　　　Relationship **Common ownership**

　　District **Northern District of Georgia**　　When **6/30/23**　　Case number, if known

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes. | Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.　Insurance agency
　　　　Contact name
　　　　Phone

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | . | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
|---|---|---|---|

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page 3

Debtor    **Winchester Real Estate Investment Company, LLC**　　　　　　　　Case number (*if known*)
　　　　　Name

| | | | |
|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor __Winchester Real Estate Investment Company, LLC__   Case number (*if known*) _____
       Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 30, 2023**
            MM / DD / YYYY

X  **/s/ James W. Davis, III**                             **James W. Davis, III**
   Signature of authorized representative of debtor          Printed name

Title  **Manager**

**18. Signature of attorney**

X  **/s/ Leslie Pineyro**                      Date  **June 30, 2023**
   Signature of attorney for debtor                  MM / DD / YYYY

**Leslie Pineyro 969800**
Printed name

**Jones & Walden, LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone  **404-564-9300**    Email address  **info@joneswalden.com**

**969800 GA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Winchester Real Estate Investment Company, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 501 Rome Street, LLC<br>55 Goldworth Rd<br>Villa Rica, GA 30180 | | | | | | $150,000.00 |
| CHA Consulting, Inc.<br>270 Peachtree St NW<br>Suite 1500<br>Atlanta, GA 30303 | | | | | | $39,183.20 |
| CLV Asset Recovery, LLC<br>PO Box 1495<br>Douglasville, GA 30133 | | | | | | $75,000.00 |
| Dorough & Dorough<br>160 Clairemont Ave #650<br>Decatur, GA 30030 | | | | | | $20,000.00 |
| Dr. Ronald Conners<br>240 Mary Anne Drive<br>Macon, GA 31220 | | | | | | $200,000.00 |
| Eric L. Krull Architect, LLC<br>dba THW Design<br>2100 Riveredge Pkwy, Ste 900<br>Atlanta, GA 30328 | | | | | | $65,000.00 |
| Goldworth Partners, LLC<br>2207 Ivygail Dr E<br>Jacksonville, FL 32225 | | | | | | $500,000.00 |
| Hyman Davis Trust<br>55 Goldworth Rd<br>Villa Rica, GA 30180 | | | | | | $300,000.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Debtor **Winchester Real Estate Investment Company, LLC**   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **J. Davis, Attorney at Law, LLC**  **55 Goldworth Rd**  **Villa Rica, GA 30180** | | | | | | $300,000.00 |
| **Maples Growth Strategies, LLC**  **520 Timberbrook Drive**  **Sharpsburg, GA 30277** | | | | | | $100,000.00 |
| **Rhinehart Pulliam & Company**  **1407 Council Bluff Dr NE**  **Atlanta, GA 30345** | | | | | | $45,000.00 |
| **Wildwood Farm Irrevocable Trus**  **c/o Victor Harrison, Trustee**  **8572 Bowden St**  **Douglasville, GA 30134** | | | | | | $550,000.00 |

501 Rome Street, LLC
55 Goldworth Rd
Villa Rica, GA 30180


Avemore Lender LLC
13490 Old Livingston Road
Naples, FL 34109


Carroll County Tax Commiss.
Carroll County Tax Office
423 College St. Room 401
Carrollton, GA 30117


CHA Consulting, Inc.
270 Peachtree St NW
Suite 1500
Atlanta, GA 30303


Chris Carr, Attorney Genr'l GA
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334


CLV Asset Recovery, LLC
PO Box 1495
Douglasville, GA 30133


Dorough & Dorough
160 Clairemont Ave #650
Decatur, GA 30030


Dr. Ronald Conners
240 Mary Anne Drive
Macon, GA 31220


Eric L. Krull Architect, LLC
dba THW Design
2100 Riveredge Pkwy, Ste 900
Atlanta, GA 30328

```
Georgia Department of Revenue
Compliance Division, ARCS BK
1800 Century Blvd, NE, #9100
Atlanta, GA 30345



Goldworth Partners, LLC
2207 Ivygail Dr E
Jacksonville, FL 32225



Groundfloor Properties GA LLC
600 Peachtree Street NE
Suite 810
Atlanta, GA 30308



Hyman Davis Trust
55 Goldworth Rd
Villa Rica, GA 30180



Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346



Internal Revenue Service
Central Insolvency Office
401 W. Peachtree St., NW
Atlanta, GA 30308



J. Davis, Attorney at Law, LLC
55 Goldworth Rd
Villa Rica, GA 30180



James W. Davis, III
55 Goldworth Rd
Villa Rica, GA 30180



Maples Growth Strategies, LLC
520 Timberbrook Drive
Sharpsburg, GA 30277
```

```
Rhinehart Pulliam & Company
1407 Council Bluff Dr NE
Atlanta, GA 30345


U.S. Attorney
600 Richard B. Russell Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303


U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530


United Consolidated Group, Inc
dba United Grading & Excavatin
199A Fairburn Industrial Blvd
Fairburn, GA 30213


Wildwood Farm Irrevocable Trus
c/o Victor Harrison, Trustee
8572 Bowden St
Douglasville, GA 30134
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Winchester Real Estate Investment Company, LLC**

Debtor(s)

Case No.

Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Winchester Real Estate Investment Company, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 30, 2023**

Date

**/s/ Leslie Pineyro**

**Leslie Pineyro 969800**

Signature of Attorney or Litigant

Counsel for  **Winchester Real Estate Investment Company, LLC**

**Jones & Walden, LLC**
**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
**404-564-9300 Fax:404-564-9301**
**info@joneswalden.com**